UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BONIFACIO FLORENTINO,

            Plaintiff,

            -v.-

ALPHONSO'S PIZZERIA, INC., *doing business as Alphonso's Pizzeria & Trattoria* and ALY LNU, *doing business as Alphonso's Pizzeria & Trattoria*,

            Defendants.

23 Civ. 2537 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      On April 10, 2023, the Court endorsed Plaintiff's request for an extension of time to serve the summons and complaint upon Defendants. (Dkt. #7). Plaintiff filed affidavits of service on May 15, 2023, noting that Defendants had been served on April 18 and 19, 2023, respectively. To date, Defendants have neither appeared nor filed an answer. The Court emailed Plaintiff on three separate occasions to see how he wished to proceed, but received no response. Plaintiff is directed to file for default judgment on or before **August 15, 2023**, or to file a status letter with the Court if the parties are engaged in settlement discussions. If Plaintiff fails to do so, the Court will issue an order to show cause for failure to prosecute this action.

      SO ORDERED.

Dated:  July 31, 2023
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge